UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 13-CV-20167 WILLIAMS/SIMONTON

AT LAW AND IN ADMIRALTY

JANE DOE

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES

    Defendant.

_____/

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to this Court's Order of June 25, 2014 [D.E. 134] the parties jointly stipulate as follows:

1.    The parties entered into a settlement on June 23, 2014, however, the consummation of the settlement will not occur until such time that the Plaintiff has executed a release and Defendant has paid the confidential settlement amount and the funds have cleared normal banking channels.

2.    Accordingly, this joint stipulation to dismiss with prejudice is neither immediately effective nor self-executing until such time that this Court has entered an Order retaining jurisdiction to enforce the terms and conditions of the parties' settlement agreement.

3. Further, this joint stipulation to dismiss with prejudice will take effect only upon the entry of an order retaining jurisdiction to enforce the settlement agreement. If no such order is entered, this joint stipulation to dismiss will not take effect and the case will not be dismissed.

Respectfully submitted,

| | |
|---|---|
| BY: */s/Bjorg Eikeland*_____<br>**Bjorg Eikeland, Esq.(37005)**<br>BEikeland@hickeylawfirm.com<br>**John H. Hickey, Esq. (305081)**<br>hickey@hickeylawfirm.com<br>HICKEY LAW FIRM, P.A.<br>1401 Brickell Avenue<br>Suite 510<br>Miami, Florida 33131-3504<br>P:  (305) 371-8000<br>F: (305) 371-3542<br>*Attorneys for Plaintiff* | **BY:** */s/ William Seitz*_____<br>**Curtis J. Mase, Esq. (478083)**<br>cmase@mltrial.com<br>**William Seitz, Esq. (73928)**<br>wseitz@mltrial.com<br>MASE LARA, P.A.<br>2601 S. Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>P: (305) 377-3770<br>F: (305) 377-0080<br>*Attorneys  for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 1st day of July, 2014. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

BY:  *s/Bjorg Eikeland*_____
BJORG EIKELAND

## SERVICE LIST

**Jane Doe v. Carnival Corporation d/b/a Carnival Cruise Lines**
Case No. 13-CV-20167 Williams/Simonton
United States District Court, Southern District of Florida

**John H. Hickey, Esq. (305081)**
hickey@hickeylawfirm.com
**Bjorg Eikeland, Esq. (37005)**
beikeland@hickeylawfirm.com
HICKEY LAW FIRM, P.A.
1401 Brickell Avenue
Miami, FL 33131-3504
Tel. (305) 371-8000
Fax (305) 371-3542
*Attorneys for Plaintiff*

**William Seitz, Esq. (73928)**
wseitz@mletrial.com
**Lauren E. DeFabio, Esq. (84121)**
ldefabio@mletrial.com
**Curtis J. Mase, Esq.**
cmase@mltrial.com
MASE LARA EVERSOLE, P.A. SBS
Tower 2601
South Bayshore Drive 800
Miami, Florida 33133
P: (305) 377-3770
F: (305) 377-0080
*Attorneys for Defendant, Carnival Cruise Lines*